JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

MICHAEL C. AUGUSTINI (DC Bar No. 452526)
michael.augustini@usdoj.gov
MEREDITH WEINBERG (VA Bar No. 47516)
meredith.weinberg@usdoj.gov
MARTHA C. MANN (FL Bar No. 155950)
martha.mann@usdoj.gov
ADAM J. KATZ (DC Bar No. 502776)
adam.katz@usdoj.gov
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
Telephone: (202) 616-6519
Facsimile: (202) 514-8865

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE CO.,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>        Defendants.<br><br>―――――――――――――――――<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>        Plaintiff-Intervenor | No: CV-06-4686 AHM (RZx)<br><br>**DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing: July 13, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 14<br>Judge: Hon. A. Howard Matz |

DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on a date and time to be set by the Court, so that the matter can be heard by Honorable A. Howard Matz in Courtroom 14, Defendant United States of America ("United States") will, and hereby does, move the Court for an Order pursuant to Fed. R. Civ. P. 56 granting summary judgment on Plaintiff American International Specialty Lines Insurance Company's ("AISLIC") second claim for relief. At AISLIC's request, this Court granted an extension of the deadline set forth in the Court's October 20, 2008 Scheduling and Case Management Order for hand-serving and filing motions. See Order on Stipulation Extending Deadline for Serving Motions and Filing (June 15, 2009).

This motion is brought on grounds that as a matter of law, the United States was not an "operator" of the Whittaker-Bermite Site in Santa Clarita, California, pursuant to the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. 9601, et. seq.

The parties met and conferred on May 26, 2009 in good faith in an attempt to resolve this dispute, as required by Local Rule 7-3.

This Motion is based upon this Notice, the attached Memorandum in Support of the United States' Motion for Partial Summary Judgment, the attached Separate Statement of Uncontroverted Facts in Support of the United States' Motion for Partial Summary Judgment, the pleadings and other papers on file in this action, and such other evidence as may be presented at or prior to the hearing on this matter.

Dated: June 17, 2009

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General

*/s/ M Weinberg*

MICHAEL C. AUGUSTINI
MEREDITH WEINBERG
MARTHA C. MANN
ADAM J. KATZ
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section

Attorneys for Defendant United States of America

DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT

STEADFAST INSURANCE CO. v.

UNITED STATES OF AMERICA et al.,

Case No. CV 06-4686 AHM (RZx)

PROOF OF SERVICE

I, Meredith Weinberg, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to these cases. I am a counsel of record in the above case.

2. My business address is 601 D Street, NW, Suite 8000, Washington, D.C. 20004.

3. On June 17, 2009, I electronically filed the foregoing "DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT" with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF System, which the parties have agreed is the equivalent of hand service.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on June 17, 2009, at Washington, D.C.

By: _/s/ M. Weinberg_____
Meredith Weinberg
U.S. Department of Justice