O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-01734 AHM (RZx)<br>CV 06-04686 AHM (RZx)* | Date | October 12, 2011 |
|---|---|---|---|
| Title | AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY v. UNITED STATES OF AMERICA Consolidated with STEADFAST INSURANCE COMPANY v. UNITED STATES OF AMERICA, et al | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:** IN CHAMBERS (No Proceedings Held)

The Court will not be able to preside over trial in this case on the scheduled date of December 6, 2011, and orders the parties to meet and confer and propose a trial date not earlier than mid-April of 2012. The parties are ordered to file a joint status report no later than Monday, October 24, 2011.

|  | : |
|---|---|
| Initials of Preparer | SMO |