O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV06-04686-AHM (RZx)*<br>CV2009-01734-AHM (RZx) | Date | January 30, 2012 |
|---|---|---|---|
| Title | STEADFAST INSURANCE COMPANY v. UNITED STATES OF AMERICA, et al. consolidated for trial with AMERICAN INTERNATIONAL SPECIALTY LINE INSURANCE COMPANY v. UNITED STATES OF AMERICA | | |

Present: The Honorable        A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Rosalyn Adams | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kirsten H. Spira<br>William T. Hassler | Michael C. Augustini, DOJ<br>Adam J. Katz, DOJ<br>Marth C. Mann, DOJ<br>Meredith Weinberg, DOJ |

**Proceedings:**   TELEPHONIC HEARING ON MOTION to Intervene filed by Proposed Intervenor Whittaker Corporation [215] (non-evidentiary)

Court circulates tentative order without oral argument. For reasons stated on the record, the Court denies the motion to intervene. Order to issue.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | | SMO |