UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1734 AHM (RZx) [Consolidated with CV 06-4686 AHM (RZx)*] | Date | March 16, 2012 |
|---|---|---|---|
| Title | AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    Within one hour, the parties are to file separately a list containing (1) the names of the witnesses they intend to rely on at trial, and (2) the sequence in which they intend to call the witnesses. The Court requires updated lists in light of that fact that many issues were resolved at the March 5 Final Pretrial Conference.

|  | : |
|---|---|
| Initials of Preparer | SMO |