JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-04686 AHM (RZx) | Date | January 22, 2013 |
|---|---|---|---|
| Title | STEADFAST INSURANCE COMPANY v. UNITED STATES OF AMERICA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

      WHEREAS, the parties having entered into a Settlement Agreement and Consent Order (Dkt. 98-2); that Agreement having provided that the United States was to pay $33,825,000 to Steadfast "[a]s soon as reasonably possible after the Effective Date"; the Effective Date having been specified in that Agreement as being "the date the Court approve[d] this Agreement"; the Court having approved it on 10/28/08 and in doing so filed an order expressly directing entry of Final Judgment (Dkt. 99), THEREFORE the Court now ORDERS the Clerk to close this case.

**JS-6**

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |